Mark A. KOCH, Plaintiff–Appellee,

v.

Charles L. RYAN,* Defendant–
Appellant.

Mark A. Koch, Plaintiff–Appellee,

v.

Charles L. Ryan; George Herman;
Denny Harkins, Defendants–
Appellants.

and

Samuel A. Lewis, Director, Department
of Corrections, Defendant.

Nos. 01–16891, 02–15061.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Nov. 5, 2002.

Filed July 11, 2003.

Michael T. O'Toole, Assistant Attorney General, Phoenix, AR, for the appellants.

Timothy J. Eckstein, Osborn Maledon, Phoenix, Arizona (argued); Daniel J. Pochoda, Phoenix, AR (briefed), for the appellee.

Before: B. FLETCHER, RAWLINSON, and CLIFTON, Circuit Judges.

### ORDER

Petitioner's release from prison by the State of Arizona has rendered the consoli-

---

* Charles L. Ryan, is substituted for his predecessor, as Acting Director of the Arizona De-

dated appeals in this matter moot. *See Dilley v. Gunn,* 64 F.3d 1365, 1368 (9th Cir.1995). Accordingly, the Motion to Dismiss Appeal filed by Appellant Charles L. Ryan is GRANTED.

This appeal is DISMISSED and the cases of *Koch v. Lewis,* 216 F.Supp.2d 994 (D.Ariz.2001) and *Koch v. Lewis,* 2001 WL 1944737 (D.Ariz. December 17, 2001) are REMANDED to the district court to determine whether its rulings should be vacated. *See Dilley,* 64 F.3d at 1372–73.

A certified copy of this order sent to the district court shall constitute the mandate.

**DISMISSED and REMANDED.**